**Order entered December 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00936-CV

### KAREN HOUSTON, Appellant

### V.

### SOUTHWEST OUTDOOR, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00702-C**

## ORDER

We **GRANT** appellee Southwest Outdoor, Inc.'s December 4, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief by **DECEMBER 23, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.


/s/     ELIZABETH LANG-MIERS
JUSTICE